

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

January 12, 2021

Re: **In Re Clearview AI, Inc., Consumer Privacy Litigation**

USDC Number: **1:21-cv-168, 1:21-cv-169,1:21-cv-170,1:21-cv-171,1:21-cv-173,1:21-cv-0174**

MDL Number: **2967**

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC New York Southern. The case number assigned to the above case is listed above. Judge Sharon Johnson Coleman is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: N. Finley
      Deputy Clerk